1 | ROB BONTA
  | Attorney General of California
2 | JEFFREY T. FISHER
  | Supervising Deputy Attorney General
3 | GURPREET SANDHU
  | Deputy Attorney General
4 | State Bar No. 335906
  |   455 Golden Gate Avenue, Suite 11000
5 |   San Francisco, CA  94102-7004
  |   Telephone: (415) 510-3837
6 |   Fax: (415) 703-5480
  |   E-mail:  Gurpreet.Sandhu@doj.ca.gov
7 | *Attorneys for Defendants*
  | *C. Bravo, H. Vera, H. Madsen, B. Barron, H.*
8 | *Orozco, C. Vergara, J. Lopez, S. Mora, V. Garcia, Z.*
  | *Brown, J. Peffley, and C. Mell*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JASON SMITH, | Case No: 5:22-cv-02779-BLF |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| JESUS LOPEZ, et al., | Judge:         Hon. Beth Labson Freeman |
| Defendants. | Action Filed: May 11, 2022 |

**TO PLAINTIFF JASON SMITH, IN PRO SE:**

**PLEASE TAKE NOTICE** that under Civil Local Rules 6-3 and 7-11, and for the reasons set forth here and in the accompanying declaration of counsel, Defendants request a ninety-day extension to file a motion for summary judgment, through **August 23, 2023**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rules 6-3 and 7-11 you are required to file an opposition to this motion no more than **4 days** after the motion has been filed. If you fail to file a timely opposition, the motion may be decided against you.

///

1

Defs. Not. and Admin. Mot. Change Time to File Summ. J. (5:22-cv-02779-BLF)

1    This Court issued its Order of Service on February 23, 2023, which found that Plaintiff stated a viable First Amendment claim for the unauthorized inspection of his legal mail outside of his presence.  (ECF No. 9; Decl. of Gurpreet Sandhu ("Sandhu Decl.") ¶ 3.)  The order also required Defendants to file a motion for summary judgment or other dispositive motion "no later than **ninety-one (91)** days" from the date of the order, which falls on May 25, 2023.  (Sandhu Decl. ¶ 4.)

Defendants' responsive pleading deadline is May 29, 2023.  Defendants filed their Waiver of Service on April 20, 2023.  (ECF No. 11, Sandhu Decl. ¶¶ 5, 6.)

A court has the inherent power to control its own docket and calendar. *Mediterranean Enterprises, Inc. v. Sangyong Corp*, 708 F.2d 1458, 1465 (9th Cir. 1995.)  A scheduling order, once issued, may be modified upon a showing of good cause and by leave of the Court. Fed R. Civ. P. 6(b)(1); 16(b)(4).  The "good cause" analysis focuses on the diligence of the moving party, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992,) and the reasons for seeking modification, *C.F. ex. Rel. Farman v. Capistrano Unified Sch. Dist.*, 654 F.3d 975, 984 (9th Cir. 2011.)  The Court's power to modify a scheduling order is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Gold v. Johns-Manville Sales Corp.*, 723 F.2d 1068, 1077 (3d Cir. 1983) (holding that every court has power to manage cases on its docket and to ensure fair and efficient adjudication of matter at hand.)

Here, good cause exists to grant Defendants an additional ninety days to file their motion for summary judgment.  With the current dates set by the Order for Service (ECF No. 9,) Defendants have to file their dispositive motion on May 25, four days *before* their responsive pleadings are due (May 29, 2023.)  (Sandhu Decl. ¶¶ 4-6.)  Further, after I was assigned as primary Counsel to this case on April 6, 2023, I promptly began my investigation.  However, I have not yet been able to fully review and discuss this case with all twelve Defendants.  (Sandhu Decl. ¶ 8.)

///

2

Defs. Not. and Admin. Mot. Change Time to File Summ. J. (5:22-cv-02779-BLF)

1   It follows that ninety-day extension is necessary as it would allow Defendants to respond to
2   the complaint before filing for summary judgment and will give Defendants enough time to
3   investigate Plaintiff's complaint, confer with all *twelve* named Defendants and other CDCR
4   personnel, depose Plaintiff, obtain relevant declarations supporting the dispositive motion, and
5   prepare and file a motion for summary judgment.  (Sandhu Decl. ¶ 9.)  Defendants have not asked
6   for any previous extensions on this matter and have timely filed their Waivers of Service on April
7   20, 2023.  (Sandhu Decl. ¶¶ 6-7.)

8   Further, Plaintiff will not be unduly prejudiced by this ninety-day extension considering
9   Counsel's need to further investigate this case and prepare to file a dispositive motion.  On the
10  contrary, the extension of time will allow Plaintiff more time to conduct discovery and request
11  any documents needed for his defense.  (Sandhu Decl. ¶ 11.)

12  In light of the foregoing, Defendants respectfully request that the Court grant this motion to
13  change time to file its dispositive motion, so that Defendants may file their motion for summary
14  judgment on or before **August 23, 2023**.

15  This motion is based on this notice of motion and motion, accompanying counsel
16  declaration, and the file in this matter.

17  Dated:  May 12, 2023                               Respectfully submitted,

18                                                    ROB BONTA
                                                      Attorney General of California
19                                                    JEFFREY T. FISHER
                                                      Supervising Deputy Attorney General
20

21

22                                                    */s/ Gurpreet Sandhu*
                                                      GURPREET SANDHU
23                                                    Deputy Attorney General
                                                      *Attorneys for Defendants C. Bravo, H.*
24                                                    *Vera, H. Madsen, B. Barron, H. Orozco, C.*
                                                      *Vergara, J. Lopez, S. Mora, V. Garcia, Z.*
                                                      *Brown, J. Peffley and C. Mell*
25

26  SF2023601248
    65945018.docx
27

28

3

Defs. Not. and Admin. Mot. Change Time to File Summ. J. (5:22-cv-02779-BLF)

# CERTIFICATE OF SERVICE

| Case Name: | **Smith, Jason (AD8099) v. Lopez, et al.** | No. | **5:22-cv-02779-BLF** |
|---|---|---|---|

I hereby certify that on May 12, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT; DECLARATION OF GURPREET SANDHU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 12, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jason Smith CDCR# AD8099
Correctional Training Facility
Correctional Training Facility C W-223-Low
P.O. Box 689
Soledad, CA  93960
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 12, 2023, at Los Angeles, California.

| D. Beltoya | */s/ D. Beltoya* |
|---|---|
| Declarant | Signature |

SF2023601248
65944941.docx