IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JASON SMITH,**<br><br>                                      Plaintiff,<br><br>     v.<br><br>**JESUS LOPEZ, et al.,**<br><br>                                      Defendants. | Case No: 5:22-cv-02779-BLF<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:         Hon. Beth Labson Freeman<br>Action Filed: May 11, 2022 |

Defendants filed an administrative motion to change the time to file a Motion for Summary Judgment. Good cause appearing, the Court GRANTS the request.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' Administrative Motion to Change Time to File Motion for Summary Judgment is GRANTED; and

2. Defendants shall file a motion for summary judgment or other dispositive motion on or before **August 23, 2023.**

3. Plaintiff's opposition to the summary judgment motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed.

1

Ord. Granting Defs.' Admin. Mot. Change Time to File Summ. J. (5:22-cv-02779-BLF)

Defendants' reply must be filed no later than 14 days after service of Plaintiff's opposition.

**IT IS SO ORDERED.**

Dated:  May 16, 2023

_____
Beth Labson Freeman
United States District Judge

SF2023601248
65945019.docx

2

Ord. Granting Defs.' Admin. Mot. Change Time to File Summ. J. (5:22-cv-02779-BLF)