UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS LOPEZ, et al.,<br><br>    Defendants. | Case No. 22-cv-02779 BLF (PR)<br><br>**ORDER REFERRING CASE TO SETTLEMENT PROCEEDINGS NUNC PRO TUNC** |

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the Correctional Training Facility ("CTF"). Dkt. No. 1. On February 23, 2023, the Court ordered service of the amended complaint on Defendants. Dkt. No. 9.

It has come to the Court's attention that settlement proceedings were successfully conducted in this matter. Dkt. No. 15. Accordingly, the Court orders this matter **REFERRED** nunc pro tunc to July 24, 2023, Judge Robert M. Illman pursuant to the Pro Se Prisoner Settlement Program for settlement proceedings on the claims in this action as described in the Court's Order of Service. Dkt. No. 9.

This order does not change the last court order filed on July 25, 2023, directing the parties to file a stipulated dismissal or status report regarding the settlement by September

25, 2023.  Dkt. No. 16.

**IT IS SO ORDERED.**

Dated:  ____July 27, 2023_____   _____
BETH LABSON FREEMAN
United States District Judge

Order Referring Case to Settlement Proceedings
PRO-SE\BLF\CR.22\02779Smith-refer.Illman