UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>JESUS LOPEZ, et al.,<br><br>        Defendants. | Case No. 22-cv-02779 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the Correctional Training Facility ("CTF"). Dkt. No. 1. This matter was referred to case settlement proceedings, and administratively closed. Dkt. Nos. 16, 17. On August 7, 2023, the parties filed stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 18.

Pursuant to the joint stipulation, this action shall be dismissed with prejudice as to all Defendants. Each party is to bear its own costs and attorney's fees.

The Clerk shall terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated:  __August 14, 2023_____

                                        BETH LABSON FREEMAN
                                        United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\02779Smith-dism(stip)