UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>      Plaintiff,<br><br>v.<br><br>JESUS LOPEZ, et al.,<br><br>      Defendants. | Case No. 22-cv-02779 BLF (PR)<br><br>**JUDGMENT** |

This action is dismissed with prejudice as to all Defendants pursuant to the parties' stipulation for voluntary dismissal with prejudice. *See* Dkt. No. 18.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __August 14, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.22\02779Smith-judgment